5264RULE7.1/5264KLSESERVER

KENNEDY LILLIS SCHMIDT & ENGLISH
Craig S. English (CE9890)
75 Maiden Lane, Suite 402
New York, New York  10038-4816
Telephone:  212-430-0800
Telecopier:  212-430-0810
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL OILWELL, LP, USA, and PRODUCTION ASSOCIATION BELORUSNEFT,<br><br>Plaintiffs,<br><br>- v. -<br><br>M/V ATLANTIC PROJECT, her engines, boilers, etc., <u>in rem</u><br><br>-and against -<br><br>LUMAR (ODESSA) S.A. and MARLINK SHIPPING COMPANY LTD., <u>in personam</u><br><br>Defendants. | Civ. 07 ( )<br><br>RULE 7.1 CERTIFICATE |

  Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the plaintiff certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

    NATIONAL OILWELL VARCO

```
New York, New York
December 11, 2007              KENNEDY LILLIS SCHMIDT & ENGLISH
                               Attorneys for Plaintiff


                          By: _____
                               Craig   S.   English   (CSE9890)
                               75  Maiden  Lane   Suite   402
                               New   York,  New   York    10038
                               (212) 430-0800
```