S:\Files\5264_ATLANTIC PROJECT\5264_NoticeofVoluntaryDismissal.doc

(CEDARBAUM,S)

KENNEDY LILLIS SCHMIDT & ENGLISH
Craig S. English (CE9890)
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800
Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL OILWELL, LP, USA, and PRODUCTION ASSOCIATION BELORUSNEFT, <br><br> Plaintiffs, <br><br> - v. - <br><br> M/V ATLANTIC PROJECT, her engines, boilers, etc., <u>in rem</u> <br><br> -and against - <br><br> LUMAR (ODESSA) S.A. and MARLINK SHIPPING COMPANY LTD., <u>in personam</u> <br><br> Defendants. | 07 Civ. 11166 (MGC) <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41 |

     Plaintiffs, National Oilwell, LP, USA, and Production Association Belorusneft, hereby give notice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, no answer or summary judgment motion having been filed by defendants, that

plaintiff hereby voluntarily dismisses this action without prejudice.

Dated:  New York, New York           KENNEDY LILLIS SCHMIDT & ENGLISH
       April 16, 2008                Attorneys for Plaintiffs

By: _____
Craig S. English (CE9890)
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800


SO ORDERED:                          Dated:  New York, New York
                                                                              April 17, 2008
_____
Miriam Goldman Cederbaum
United States District Judge

*Case Closed*